

# Fourth Court of Appeals
## San Antonio, Texas

June 21, 2018

No. 04-18-00341-CV

**IN RE CELADON TRUCKING SERVICES, INC.** and Abner Albarez-Carballo

Original Mandamus Proceeding[1]

### ORDER

Sitting:      Sandee Bryan Marion, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

On May 23, 2018, relators filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition for writ of mandamus in this court **no later than July 9, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on June 21, 2018.

PER CURIAM

ATTESTED TO: _____
                         Keith E. Hottle,
                         Clerk of Court

---

[1] This proceeding arises out of Cause No. 2017-CV-A001336D1, styled *Lonnie Butler v. Celadon Trucking Services, Inc. and The Estate of Abner Alejandro Alvarez-Carballo*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Jose A. Lopez presiding.